C. A. No. 75-63. STATE *v.* NICHOLAS A. PALMIGIANO. State's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied. *Julius C. Michaelson*, Attorney Gen-

eral, *William G. Brody*, Special Asst. Attorney General, for plaintiff-appellee. *Nicholas A. Palmigiano*, pro se, defendant-appellant.